

**FILED**

**Margaret Botkins**
**Clerk of Court**

*4:31 pm, 12/12/19*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                    Plaintiff,

vs.                                 Case Number: 19-MJ-104-S

BRYAN JONES

                    Defendant,

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location: Cheyenne Courtroom #3**

    2120 Capitol Avenue        Date:  December 17, 2019

    Cheyenne, WY 82001        Time:  11:00 a.m.

       IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of

the United States Marshal or any other authorized officer. The custodian must bring the

defendant to the hearing at the time, date, and place set forth above.

Date:  December 12, 2019

                                     Kelly H. Rankin
                                     Chief United States Magistrate Judge